## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| vs. : | **CRIMINAL NO. 05-00059-WS** |
| **JENNIFER LYNNE WEEKLEY** : | |

### ORDER OF DETENTION

On June 8, 2005, following trial by jury, Defendant was found guilty of misprision of a felony. Defendant has been in custody since arraignment on this present charge as a result of a prior conviction in this Court and the finding by Senior Judge Hand that Defendant had violated the terms of her supervised release. U.S.A. v. Weekley, Criminal Number 02-00133-BH. A review of the docket sheet in Defendant's prior case, reflects that Defendant was convicted on November 20, 2002, and sentenced to a term of incarceration to be followed by a term of supervised release (Doc. 33). While on supervised release, Defendant's Probation Officer filed a motion to revoke, grounded on Defendant's illegal use of cocaine (Doc. 40). Following a hearing, Defendant was found to be in violation of the conditions of supervised release and was committed to the custody of the Bureau of Prisons for a term of five months (Doc. 49). Judge Hand allowed Defendant to serve her sentence at the Community Correctional Center and also allowed Defendant to self-surrender, having previously imposed conditions of release (Doc. 49). However, following imposition of this sentence, and while Defendant was awaiting designation, Defendant violated the terms of her conditions of release by failing to report for random drug screens (Doc. 50). Judge Hand issued a bench warrant (Doc. 51) for

Defendant, and Defendant was arrested (Doc. 52) and transported to FCI Tallahassee (Doc. 58) to serve the five month sentence previously imposed by Judge Hand.  It is also noted that while Defendant was on conditions of release and while serving a supervised release term, she committed the instant offense for which she has now been convicted by a jury.

Upon consideration of Defendant's dismal record and her failure to follow Court orders and abide by the terms and conditions of pretrial release and supervised release, this Court finds that Defendant is not a viable candidate for release pending sentencing.  Accordingly, Defendant is committed to the custody of the U. S. Marshals Service to be detained pending the sentencing hearing which is presently set for September 19, 2005 at 9:30 a.m.

**DONE** and **ORDERED** this 8th day of June, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE